■ In the Matter of LAWRENCE GUGLIARA, Appellant, v PHILIP GUGLIARA, Respondent. [54 NYS3d 301]—Appeal by Lawrence Gugliara from an order of the Family Court, Kings County (Dean Kusakabe, J.), dated May 9, 2016. The order, after a hearing, dismissed the petition.

Ordered that the order is reversed, on the law, without costs or disbursements, the petition is reinstated, and the matter is remitted to the Family Court, Kings County, for further proceedings in accordance herewith.

Inasmuch as the record does not demonstrate that the appellant validly waived his right to counsel (*see Matter of Gugliara v Gugliara*, 151 AD3d 852 [2d Dept 2017] [decided herewith]), the order must be reversed and the matter remitted to the Family Court, Kings County, for a new hearing, at which the appellant shall either appear with counsel, or knowingly, voluntarily, and intelligently waive the right to counsel, and thereafter, a new determination on the petition. Balkin, J.P., Sgroi, Cohen and Duffy, JJ., concur.